UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| PETER CRAIG SAVELY, | ) No. 22 CR 536 |
| Defendant, | ) Judge Guzmán |
| and | ) |
| CHASE BANK, N.A., | ) |
| Third-Party Respondent. | ) |

**AGREED MOTION FOR PREJUDGMENT**
**TURNOVER ORDER AND AUTHORIZATION FOR DEPOSIT**

The United States of America, by John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, moves for an agreed turnover order and agreed pre-sentence payment, and in support states as follows:

1. Defendant Peter Savely has pleaded guilty to bank fraud, a violation of 18 U.S.C. § 1344(2).

2. Savely agreed in his plea agreement to pay restitution in the amount of $4,119,832 to the victim of his crime.

3. The parties expect the court to enter judgment against Savely and order him to pay $4,119,832 in criminal restitution at sentencing, which is currently schedule for February 2, 2023.

**Authority to Enforce Restitution Prejudgment**

4. The parties agree that the United States has the statutory right to enforce a restitution judgment pre-judgment through the Mandatory Victims Restitution Act 18 U.S.C. § 3663A(a)(1) and the Federal Debt Collection Procedures Act 28 U.S.C. § 3104.

5. The United States is entitled to a prejudgment writ of garnishment if the defendant has a "substantial nonexempt interest which is in the possession, custody, or control of a person other than the debtor." 28 U.S.C § 3104. *United States v. Brilliance Academy,* No. 14 CR 229, Dkt. 219, Order.

6. The prejudgment writ of garnishment is envisioned as an adversarial preceding with certain formal requirements that are designed to protect the debtor.

7. Defendant Savely agrees to waive the formal requirements of filing a Prejudgment Writ of Garnishment against the below described Chase Bank accounts, including the finding that the requirements of 18 U.S.C. § 3101 are met.

## Prejudgment Turnover

8. In approximately February 2021, Chase Bank, N.A. suspected Savely of committing fraud and froze his accounts ending in 32911, 91477, 87194, and 17868. The parties agree that the frozen accounts have the following balances:

| Account Number | Current Value |
|---|---|
| X2911 | $62,832.31 |
| X7868 | $34.61 |
| X1477 | $8,485.68 |
| X7194 | $446.87 |
| **Total:** | **$71,799.47** |

9. Defendant Savely has indicated that he is the sole owner of the above referenced accounts. Those funds are nonexempt property and will be subject to the United States' restitution judgment lien under 18 U.S.C. § 3613.

10. Defendant Savely and the United States have been in discussions regarding applying those frozen funds to the expected restitution judgment in this case.

11. The parties agree that Savely should receive $15,000 of the frozen funds, with the remaining funds, about $56,799.47, going to the United States for application to his restitution obligation.

12. Chase Bank, N.A. requires a court order to unfreeze the funds and execute the parties' agreement.

**Proposed Distribution**

13. Defendant Savely's $15,000 shall be submitted to him via a check made out to Peter Savely c/o Salvatore Prescott Porter & Porter and mailed to Salvatore Prescott Porter & Porter at 1010 Davis Street, Evanston, IL 60201.

14. Pursuant to 28 U.S.C. § 2041, the Court Registry and the Clerk of Court is authorized to accept and hold funds until the time of defendant's sentencing.

15. Further, pursuant to 28 U.S.C. § 2042, the United States requests an order that upon the entry of a criminal judgment in this case, the Clerk of the Court is to withdraw and apply the deposited funds to the criminal financial obligations imposed against the defendant at sentencing.

16. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases; accordingly, the payment intended for the restitution debt should be made out to the Clerk of the Court and have "No. 22 CR 536" written in the lower left corner of the check and be submitted to: Clerk of the Court, U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604.

17. In the event that a criminal restitution judgment is not entered in this case, then the funds shall be returned to defendant or his designated representative.

WHEREFORE, the United States requests entry of a turnover order directing Chase Bank, N.A. to:

(a) liquidate the accounts belonging to defendant Savely ending in 32911, 91477, 87194, and 17868,

(b) to submit $15,000 to Peter Savely via a check made out to Peter Savely c/o Salvatore Prescott Porter & Porter and mailed to Salvatore Prescott Porter & Porter at 1010 Davis Street, Evanston, IL 60201,

(c) to submit the remainder of the funds, about $56,799.47, to the Clerk of the Court,

(d) and further, that the Clerk of the Court is authorized to accept pre-sentence payments from the defendant, his representative, and from Chase Bank, N.A., pending entry of the judgment order in this case, and thereafter to withdraw and apply the deposited funds, together with any interest that has accrued, and after deduction for any required registry fees.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Scott D. Heffron
SCOTT D. HEFFRON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-4190
scott.heffron@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that, in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

AGREED MOTION FOR PREJUDGMENT
TURNOVER ORDER AND AUTHORIZATION FOR DEPOSIT

was served pursuant to the district court's ECF system as to ECF filers, if any, and was served via fax by agreement of the third-party respondent within one business day of filing.

    Chase Bank, N.A.
    Fax number: 866-699-0618

                                              s/ Scott D. Heffron
                                              SCOTT D. HEFFRON
                                              Assistant United States Attorney
                                              219 South Dearborn Street
                                              Chicago, Illinois 60604
                                              312-886-4190
                                              scott.heffron@usdoj.gov