MBH

*JAMES J. MCMANUS*
*701 SPRUCE COURT*
*DAVENPORT, IOWA 52803*



FILED
JAN 12 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

January 7, 2023

In Re: The pending matter of United States of America v.
Peter Craig Savely - No. 22 CR 00536

Honorable Ronald A. Guzman,

My purpose in writing is to seek your indulgence with regard to the severity of the sentence, by way of prison time, to be imposed upon the Defendant, Peter Craig Savely, ("Peter") in the case which pends before Your Honor. My hope is that this letter will provide information to enable you to have a picture of Peter in terms of his upbringing and the influences upon him during this time and thereafter. Peter pled guilty in the pending matter to a number of serious criminal acts of the kind and type that can be described as embezzlement of substantial sums of money from the East Bank Club in Chicago, Illinois. A hearing is scheduled before Your Honor on February 2, 2023 for the purpose of formalizing and making public the sentence to be imposed. While it is your duty under the law to impose a proper sentence, I would hope and urge it be one that is not severe, but tempered by the virtue of mercy.

I have known Peter most of his life beginning when he was a small child (age 5-6) at a family vacation at which Peter's family and my family were present as well as the family of a classmate of mine. My classmate, Joseph Coakley, was married to Martha, the twin sister of Peter's mother, Mary. Through the years there were several other family vacations at which he and his family were present as were we. It was not until after Peter's father had passed away on January 1, 1991, and my late wife had also passed away in September, 1992, that a relationship began between myself and Peter's mother, Mary, which ultimately resulted in our marriage some 12 years later in September, 2004. Afterwards, I came to have more interactions with Peter and gained insight into his character. It is my hope that in providing such information it will enable you to exercise that quality of mercy of which I spoke earlier.

Peter's parents, Mary and Charles Savely, were graduates of Augustana College, Rock Island, Illinois, a small liberal arts school closely tied to the Lutheran Church. His father, after graduation from Augustana, attended the Lutheran Seminary, was ordained a Lutheran Pastor and shortly thereafter joined the United States Army to become a Chaplain in its service. During this period the family moved about as Charles was transferred periodically from one military post to another. Charles, himself, had 2 tours of duty outside the United States during this time, one in Korea and the other in Viet Nam where he was wounded and then awarded a Purple Heart. Charles continued his military service for approximately 23 years and retired with the rank of Colonel.

Peter's family, which ultimately consisted of an additional son, Michael, and daughter, Sharon, spent their youth and formative years at a number of military posts in the United States following their father's assignments. Peter and his siblings attended local public schools and also had the spiritual exposure of the teachings of their church. He was undoubtedly influenced during these times by the military and patriotic life as well as spiritually through his connection with the

church. Undoubtedly, Peter was able to experience and understand the benefits and virtue of being a patriotic citizen of this country and also learning to practice his religious faith.

Peter went on to attend Augustana College and graduate school at Pepperdine University in Malibu, California. Thereafter, he entered upon a career with his knowledge in the field of finance and accounting with a series of employers. He ultimately returned to the Chicagoland area where he continues to live until the present time. Peter proved to be knowledgeable and industrious and impressed me as one able to utilize all those talents he had gained by way of his education. He was likewise a person steady and consistent in his demeanor and put to use those qualities he had acquired by his education and his upbringing. Most notable is his being influenced as the result of being raised in a loving and religious home.

As indicated above, Peter's mother and I were married in September 2004 and as a result I had more opportunities to interact with Peter, although Mary and I had moved to Davenport, Iowa while Peter remained in Chicago I found Peter to be a person who kept his word and was concerned with those around him and treated everyone with courtesy and respect. He was most differential to his mother during this time and on a number of occasions made it a point to come to our home which provided him the opportunity to socialize and attend church services with her and his siblings. He also was very popular with his several nieces and nephews and always found time to treat them with great love and affection.

Thus, it certainly shocked me when he, taking full responsibility, informed me of what he had done vis-à-vis his employer, East Bank Club, sometime in 2022. He was forthcoming in describing his behavior and was remorseful both on his own behalf and for the dishonor to his family since it reflected on his now deceased parents and in their having raised him to be a good citizen and member of the church community and his country. I believe that Peter is a person who will use his time hereafter to rehabilitate himself on behalf of his family, his country and his church. Therefore, I would hope Your Honor can meet out a sentence which will recognize the good qualities that he has exhibited during his lifetime and impose a sentence which is the least amount of time of incarceration and allow him to rehabilitate himself and be a credit to his family, his country and his Lord. Please consider, if it is appropriate, for you to recommend a facility for Peter's incarceration to be one of a minimal nature which would also enable him to interact with those around him and prove to be a valuable and worthwhile member of society.

My sincere thanks and appreciation for your consideration of these matters.

Respectfully submitted,

*James J. McManus*
James J. McManus

Honorable Judge Ronald A. Guzman
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chambers 1886
Chicago, IL 60604

2

Mr. James McManus
701 Spruce Ct.
Davenport, IA 52803-1323

CEDAR RAPIDS IA 522

7 JAN 2023 PM 2 L

Re: U.S. v. McManus
22CR00536

Honorable Judge Ronald A. Guzman
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chambers 1886
Chicago, Illinois 60604