UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 22 CR 536 |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| PETER CRAIG SAVELY | ) | |

## PRELIMINARY ORDER OF FORFEITURE

This cause comes before the Court on motion of the United States for entry of a preliminary order of forfeiture as to specific property, pursuant to Title 18, United States Code, Section 982(a)(2), and Federal Rule of Criminal Procedure 32.2, and the Court being fully informed, herby finds as follows:

(a) On October 19, 2022, an information was filed charging defendant PETER CRAIG SAVELY with bank fraud, in violation Title 18, United States Code, Section 1344(2).

(b) The information sought forfeiture to the United States of any and all right, title and interest defendant PETER CRAIG SAVELY may have in any property, real and personal, which constitutes or is derived from proceeds obtained directly or indirectly as a result the offense charged pursuant to the provisions of Title 18, United States Code, Section 982(a)(2),including but not limited to a personal money judgment in the amount of at least $4,119,832.38.

(c) On October 27, 2022, pursuant to Federal Rule of Criminal Procedure 11, defendant PETER CRAIG SAVELY entered a voluntary plea of guilty to the information. Pursuant to the terms of the plea agreement and as a result of his

violation of Title 18, United States Code, Section 1344(2), defendant PETER CRAIG SAVELY agreed to the entry of a personal money judgment in the amount of $4,119,832.38, pursuant to Title 18, United States Code, Section 982(a)(2), as property constituting or derived from proceeds obtained, directly or indirectly, as a result of the defendant's violation. The amount of the loss was later determined to be $4,152,200.00. The defendant further agreed to the immediate entry of a preliminary order of forfeiture, thereby extinguishing any right, title, or interest he has in the subject funds.

(d) Pursuant to Federal Rule of Criminal Procedure 32.2(b)(2)(B), unless doing so is impractical, the court must enter the preliminary order of forfeiture sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant at sentencing.

(e) In accordance with this provision, the United States requested that this Court enter a personal money judgment in the amount of $4,152,200.00 against defendant PETER CRAIG SAVELY, and further enter a preliminary order of forfeiture pursuant to the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Federal Rule of Criminal Procedure 32.2, forfeiting all right, title, and interest defendant PETER CRAIG SAVELY has in the funds in the amount of $4,152,200.00 subject to forfeiture.

(f) Pursuant to Title 18, United States Code, Section 982(a)(2) and Federal Rule of Criminal Procedure 32.2, the United States requested that the terms and conditions of this preliminary order of forfeiture be made part of the sentence imposed

against defendant PETER CRAIG SAVELY and included in any judgment and commitment order entered in this case against him.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1.  A judgment is entered against defendant PETER CRAIG SAVELY in the amount $4,152,200.00. It is further ordered,

2.  That, pursuant to the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Federal Rule of Criminal Procedure 32.2, all right, title, and interest defendant PETER CRAIG SAVELY may have in funds in the amount of $4,152,200.00 is hereby forfeit to the United States of America for disposition according to law. It is further ordered,

3.  That, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1) and Subdivision (b)(3) of Rule 32.2 of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of Forfeiture, the Court hereby authorizes the Attorney General or his designated representatives to conduct discovery to identify or locate property subject to forfeiture, including substitute assets, and to seize property ordered forfeited upon such terms and conditions as set forth by the Court. It is further ordered,

4.  Pursuant to Title 18, United States Code, Section 982(a)(2), and Federal Rule of Criminal Procedure 32.2, the terms and conditions of this preliminary order of forfeiture shall be made part of the sentence imposed against the defendant and recited in any judgment and commitment order entered in the case. In accordance

with Rule 32.2(b)(4)(A), at sentencing—or at any time before sentencing if the defendant consents—the preliminary order of forfeiture will become final as to the defendant. It is further ordered,

5. This court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order.

_____
RONALD A. GUZMAN
United States District Judge

DATED: 2/2/2023